United States Courts
Southern District of Texas
FILED

JAN 11 2020

David J. Bradley, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint

## UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.

Daniel CASTRO-Cruz

**CRIMINAL COMPLAINT**

Case Number: 2:20-MJ-00101

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 09, 2020__ in __Kenedy__ County, in the __Southern District Of Texas__ defendant(s)

Daniel CASTRO-Cruz, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On January 09, 2020, Border Patrol Agents encountered Daniel CASTRO-Cruz, attempting to circumvent the United States Border Patrol Checkpoint near Sarita, Texas. Agents determined Daniel CASTRO-Cruz to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Daniel CASTRO-Cruz was ordered removed from the United States by a designated official on November 9, 2019 and was physically removed from the United States to Mexico on November 9, 2019 via Hidalgo, Texas. Daniel CASTRO-Cruz stated he last entered the United States illegally on or about December 15, 2019 near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Nichols, Adam   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

January 11, 2020 at Corpus Christi, Texas
Date                                                    City/State

Jason B. Libby          U.S. Magistrate Judge
Name of Judge          Title of Judge                   Signature of Judge