CONTINUATION OF CRIMINAL COMPLAINT

United States Courts
Southern District of Texas
FILED

JAN 11 2020

David J. Bradley, Clerk of Court

## AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Daniel CASTRO-Cruz | Case Number: 2:20-MJ-00101 |

At this time, there is no evidence to indicate Daniel CASTRO-Cruz has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to the Assistant United States Attorney's Office which accepted the case for prosecution of 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on 11th day of January, 2020

Signature of Judicial Officer

/S/ Nichols, Adam — Border Patrol Agent
Signature of Complainant